# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GREGORY T. ENGLER, | : | |
| Plaintiff, | : | |
| | | Case No: 3:13cv00176 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, | : | Chief Magistrate Judge Sharon L. Ovington |
| | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL: TERMINATION ENTRY

The Court having been advised by the Mediator that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

IT IS SO ORDERED.

November 19, 2013

                                                        s/Sharon L. Ovington
                                                             Sharon L. Ovington
                                         Chief United States Magistrate Judge